| | |
|---|---|
| KARLA MOLINA-PARRALES ) | |
| ) | |
| v. ) | NO. 3:12cv0947 |
| ) | CHIEF JUDGE HAYNES |
| SHARED HOSPITAL SERVICES ) | |
| CORPORATION ) | |
| ) | |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/17/2014.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk